JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONRAD LEE KLEIN, et al., | ) | Case No.: CV 07-799 DSF (AJWx) |
| Plaintiffs, | ) | |
| vs. | ) | JUDGMENT |
| SUZAN HUGHES, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, plaintiffs having requested that the matter be dismissed without prejudice, and the Court seeing no reason for the imposition of additional terms on the dismissal,

   IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed without prejudice as to the remaining defendants.

Dated: _____   2/4/15

_____
Dale S. Fischer
United States District Judge